1266

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN M. TRICE, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Smith, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO D. RUTLEDGE, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OHNJA OLOMONSA, Also Known as JOHN SOLOMON, Appellant. [938 NYS2d 495] Present—Centra, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBIAS BOYLAND, Appellant. [940 NYS2d 909] Present—Scudder, P.J., Lindley, Sconiers, Gorski and Martoche, JJ. (Filed Jan. 31, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KUMAR S. JONES, Also Known as QUMAR JONES, Also Known as JESUS, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Smith, Carni and Gorski, JJ. (Filed Jan. 31, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant. (Appeal No. 1.) [938 NYS2d 495]— Present— Centra, J.P., Carni, Lindley and Gorski, JJ. (Filed Jan. 31, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant. (Appeal No. 2.) [938 NYS2d 495]— Present— Centra, J.P., Carni, Lindley and Gorski, JJ. (Filed Jan. 31, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY L. WINTERS, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Smith, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN QUINONES, Appellant. [938 NYS2d 495]